

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

CHARTWELL LAW
ONE BATTERY PARK PLAZA SUITE 710
NEW YORK , NY 10004

DISTRICT COURT OF THE COUNTY OF NEW YORK
STATE OF NEW YORK

INDEX # 1:22-CV-03191

MT. HAWLEY INSURANCE COMPANY, AN ILLINOIS CORPORATION,
                            Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

SPRING MOUNTAIN VINEYARD, INC., A DELAWARE CORPORATION, ET AL
                            Defendants,

William Bailey
I, - -, being first duly sworn, depose and say as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of Delaware and I am authorized by the laws of the state.

On 5/9/2022 at 2:27 PM at c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DELAWARE 19801, I served the within SUMMONS, COMPLAINT, bearing index #1:22-CV-03191, filed 4/19/2022 on SPRING MOUNTAIN VINEYARD, INC., A DELAWARE CORPORATION, defendant therein named,

(X) **CORPORATE**: A corporation, by personally delivering thereat a true copy of each to ROBIN HUTT-BANKS, INTAKE SPECIALIST AUTHORIZED TO ACCEPT SERVICE. I knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**Description of Person Served:**
AGE: 51-55  SKIN TONE: BLACK  GENDER: FEMALE  WEIGHT: 191 LBS - 210 LBS  HEIGHT: 5FT 8IN - 5FT 11IN  HAIR: BLACK

Server Signature William Bailey 5/10/2022
LICENSE # WB
FILE # 15149.0090204 nf
CASE ID # 6416070
William Bailey

STATE OF **DELAWARE**
COUNTY OF **NEW CASTLE**

Sworn to and subscribed before me this __10__ day of __May__, 20__22__, by - - (affiant name).

Signature of Notary Public
Kimberly J. Ryan

Print, Type or Stamp Notary's Commissioned Name

Personally known __X__   OR   Produced Identification _____

Type of Identification Produced _____

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

AoSNYD 02/22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-03191-GHW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Spring Mountain Vineyard, Inc.</u> was received by me on *(date)* <u>May 9, 2022, 1:35 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Robin Hutt-Banks, Intake Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Spring Mountain Vineyard, Inc.</u> on *(date)* <u>Mon, May 09 2022 at 2:27 PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: May 18, 2022

*Server's signature*

William Bailey, Process Server
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons and Complaint

1) Successful Attempt: May 9, 2022, 2:27 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St. , Wilmington, DE 19801 received by Robin Hutt-Banks, Intake Specialist authorized to accept. Age: 55; Ethnicity: African American; Gender: Female; Weight: 200 lb; Height: 5'8"; Hair: Red;