**COHEN TAUBER SPIEVACK & WAGNER P.C.**

420 Lexington Avenue, Suite 2400

New York, NY 10170

*Attorneys for Defendant Spring Mountain Vineyard, inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

MT. HAWLEY INSURANCE COMPANY,                    Case No.: 1:22-cv-03191-GHW

an Illinois Corporation,

                                    Plaintiff,          **CORPORATE DISCLOSURE**

          -against-                                     **STATEMENT OF DEFENDANT**

                                                        **SPRING MOUNTAIN**

SPRING MOUNTAIN VINEYARD, INC.,                         **VINEYARD, INC.**

a Delaware Corporation,

                                    Defendant.

---------------------------------------------------------------------------X

          Pursuant to Federal Rule of Civil Procedure 7.1, defendant Spring Mountain Vineyard,

Inc. makes the following Corporate Disclosure Statement:

          Spring Mountain Vineyard, Inc. is a wholly owned subsidiary of Freecrest Limited, a

BVI Company.  No other corporation has any ownership interest in Spring Mountain Vineyard,

Inc.


Dated: July 28, 2022

                              COHEN TAUBER SPIEVACK & WAGNER P.C.
                              *Counsel for Defendant Spring Mountain Vineyards,*
                              *Inc.*

                              By:     /s/ Jay B. Spievack
                                      Jay B. Spievack
                                      Jackson S. Davis
                                      420 Lexington Avenue, Suite 2400
                                      New York, New York 10170
                                      Tel.: (212) 586-5800
                                      jspievack@ctswlaw.com
                                      jdavis@ctswlaw.com