# EXHIBIT 2

| | |
|---|---|
| Named Insured: | Spring Mountain Vineyard, Inc.; Good Wine Co, a Delaware Corporation; Chateau Chevlier |
| Mailing Address: | 2805 Spring Mountain Road, Saint Helena, CA, 94574 |
| Inspection Contact: | |
| Perils: | All Risk Excl EQ/FL |
| Term: | 7/1/20 - 7/1/21 |

| LOC # | BLD G # | Street Name & Number | CITY | ST | ZIP CODE | OCCUPANCY | USE | # of STORIES | CONST TYPE | YEAR BUILT | Overall Condition: Good, Average, Poor | Swimming Pool | Type of Roof | ROOF UPDATES - WHAT YEAR? | WIRING TYPE - ALUMNIM OR COPPER? | Ciruit Breakers | PLUMBING UPDATES - What Year and type of update | Water heater strapped for residences | HVAC UPDATES - WHAT YEAR? | Interior Fire SPRINKLERS? | DISTANCE TO FIRE HYDRANT OR Stand up Pipe | EQ RETROFIT? If yes, state year. | COST PER SQ FOOT | TOTAL BLDG SQ. FT. | BUILDING LIMIT | Business Personal Property INCLUDING Furnishings, Office Supplies, Wine Equipment & Computers | BUSINESS INCOME, RENTAL INCOME AND EXTRA EXPENSE COSTS | WINE STOCK @ SELLING COST VALUE | TOTAL VALUES Excluding Wine Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Winery and Office | Admin office, wine making and bottling | 2 | Wood Frame & Concrete Block | 1978 | Average | N | Slate Tile | 1993 | Copper | Yes | Regularly Maintained | YES | 2014 YES | No | Adjacent | Yes - original construction | $300 | 16,000 | $4,800,000 | $5,688,936 | $1,200,000 | | $11,688,936 |
| 1 | 2 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Victorian - used by owner and for special guests/tastings | Private tastings, owner & guest residence | 2 | Wood Frame | 1885 | Average | N | Slate Tile | 1998 | Copper | Yes | Regularly Maintained | YES | 2015 YES | No | 75' | NO | $1,000 | 8,000 | $8,000,000 | $485,607 | $240,000 | | $8,725,607 |
| 1 | 3 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Cottage used as tasting room | Tasting Room | 1 | Wood Frame | 1950's | Average | N | Compsite | 1993 | Copper | Yes | Regularly Maintained | YES | YES | No | 25' | | $300 | 1,000 | $300,000 | $50,000 | $144,364 | | $494,364 |
| 1 | 4 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Shop | Vineyard & Bldg Maintenance | 1 | Metal | 1993 | Average | N | Metal | | Copper | Yes | Regularly Maintained | YES | | No | 400' | Yes - original construction | $200 | 2,000 | $400,000 | $100,000 | $144,364 | | $644,364 |
| 1 | 5 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Barn | Equipment Storage | 1 | Wood Frame | 1885 | Average | N | | | Copper | Yes | Regularly Maintained | YES | | No | 100' | | $300 | 3,500 | $1,050,000 | $50,000 | $144,364 | | $1,244,364 |
| 1 | 6 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Greenhouse | Gardening | 1 | Metal w/ Glass | 1998 | Average | N | Glass | | Copper | Yes | Regularly Maintained | YES | | No | 50' | Yes - original construction | $300 | 1,300 | $390,000 | | $60,000 | | $450,000 |
| 1 | 7 | Miravelle - 2805 Spring Mountain Road | Saint Helena | CA | 94574 | Cave | Barrel wine storage | | Dirt / Concrete | 1998 | Good | N | Gunnite | | Copper | Yes | Regularly Maintained | YES | | No | Within 1000 Feet | Yes - original construction | N/A | | $2,262,800 | $50,000 | $480,000 | | $2,792,800 |
| 2 | 1 | Chevalier - 3101 Spring Mountain Road | Saint Helena | CA | 94574 | Historic Winery Bldg | Storage of winery equipment | 2 | Stone | 1891 | Average | N | Composite | 1993 | Copper | Yes - 1994 | Regularly Maintained | YES | | No | Over 1000 feet | NO | $400 | 8,000 | $3,200,000 | | $120,000 | | $3,320,000 |
| 3 | 3 | Alba - 2849 Spring Mountain Road | Saint Helena | CA | 94574 | Winery Building #1 | Vineyard Mgr Residence | 1 | Stone | 1985 | Average | N | Composite | | Copper | Yes | Regularly Maintained | YES | | No | 200' | Yes - original construction | $500 | 300 | $150,000 | | $20,000 | | $170,000 |
| 3 | 4 | Alba - 2849 Spring Mountain Road | Saint Helena | CA | 94574 | Winery Building #2 | Vineyard Mgr Residence | 1 | Wood Frame | 1985 | Average | N | Composite | | Copper | Yes | Regularly Maintained | YES | | No | 200' | Yes - original construction | $250 | 1,500 | $375,000 | | $20,000 | | $395,000 |
| 4 | 1 | 1150 Dowdell Lane (Wine Service Co op) | Saint Helena | CA | 94574 | Wine Storage (Wine Co-Op) | Non owned Warehouse bottled wine | 2 | Concrete Block | 1976 | Good | N | Asphalt | | | Yes | | YES | | Yes | Within 1000 Feet | YES | N/A | 182,000 | | | $240,000 | | $240,000 |
| 5 | 3 | La Perla - 2820 Spring Mountain Road | Saint Helena | CA | 94574 | Wine Storage | Vineyard staff meetings & equipment storage | 1 | Wood Frame | 1875 | Average | N | Composite | 1997 | Copper | Yes - 1998 | Regularly Maintained | YES | | No | Well adjacent | No | $300 | 16,000 | $4,800,000 | | $240,000 | | $5,040,000 |
| 6 | 1 | 60 Harlow Court (Wine Service Co op) | Napa | CA | 94558 | Wine Storage (Wine Co-Op) | Non owned Warehouse bottled wine | 1 | Concrete Block | 1998 | Good | N | Asphalt | | | Yes | | YES | YES | Yes | Within 1000 Feet | Yes | N/A | 156,000 | | | $120,000 | | $120,000 |
| 7 | 1 | 241 Tower Road (Tower Road Wine Storage) | American Canyon | CA | 94503 | Wine Storage (Wine Co-Op) | Non-owned Warehouse bottled wine | 1 | Masonry | 1986 | Good | N | Asphalt | | | Yes | | YES | YES | Yes | Within 1000 Feet | Yes | N/A | 215,000 | | | $240,000 | | $240,000 |
| | | | | | | | | | | | | | | | | | | | | | TOTALS: | | 610,600 | $25,727,800 | $6,424,543 | $3,413,092 | $0 | $35,565,435 |



INSURED'S SIGNATURE   C S Yannias (Jul 2, 2020 10:14 CDT)