UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022
```

-------------------------------------------------------------------- X
      :

MT. HAWLEY INSURANCE COMPANY,     :
      :

                Plaintiff,     :         1:22-cv-03191-GHW
      :

      -against-        :          ORDER
      :

SPRING MOUNTAIN VINEYARD, INC,     :
      :

              Defendant.     :
      :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In response to Defendant's July 28, 2022 motion to dismiss, Dkt. No. 28, Plaintiff has amended its complaint pursuant to Rule 15(a)(1)(B). Accordingly, Defendant's motion to dismiss is denied as moot.

Pursuant to the Court's Individual Rule 3(D), Plaintiff is directed to file a letter attaching a legal blackline showing changes between the first amended complaint and the prior complaint forthwith. Pursuant to Individual Rule 3(D), the deadline for Defendant to answer or otherwise respond to the amended complaint is September 6, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated: August 17, 2022
     New York, New York

                           _____
                              GREGORY H. WOODS
                         United States District Judge