UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

MT. HAWLEY INSURANCE COMPANY,
an Illinois Corporation,

        Case No.: 1:22-cv-03191-GHW

           Plaintiff,

**DECLARATION OF**
**TIMQUIN LARSEN**

    -against-

SPRING MOUNTAIN VINEYARD, INC.,
a Delaware Corporation,

          Defendant.

-------------------------------------------------------------------------------X

I, **Timquin Larsen**, declare:

1.      I am an Executive General Adjustor at The Greenspan Company/Adjustors International ("Greenspan") and work at its office located at 400 Oyster Point Boulevard in South San Francisco, California.  I am fully familiar with all the facts set forth herein.

2.      On June 24, 2022, I executed a declaration submitted in an action entitled *Spring Mountain Vineyards, Inc. v. Landmark American Ins. Co., et al.*, Case No. 22CV000270 (Napa County, California, filed March 11, 2022) (the "California State Action").  Exhibit B hereto is a true and complete copy of my declaration in the California State Action, which attaches Exhibits 23 and 24 (the "Larsen California Declaration").

3.      In this lawsuit, I attach the Larsen California Declaration and incorporate it in full herein.

I declare under penalty of perjury under the laws of the State of New York that the foregoing statements are true and correct to the best of my knowledge.  Executed on July 20th 2022 in South San Francisco, California.

                        _____
                        Timquin Larsen

1