# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Jay Spievack

Direct: 212-381-8735
Email: jspievack@ctswlaw.com

September 30, 2022

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re: **Mt. Hawley Ins. Co. v. Spring Mountain Vineyard, Inc. (1:22-cv-03191-GHW)**

Dear Judge Woods:

     We represent Defendant Spring Mountain Vineyard, Inc. ("SMV") in this action. We write to inform Your Honor and plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") that at 1:40 am EST this morning, SMV filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (11 U.S.C. §§ 101 et seq.) in the United States Bankruptcy Court for the Norther District of California, Santa Rosa Division, captioned *In re Spring Mountain Vineyard, Inc.*, Bankruptcy Case No. 1:22-10381 (the "Bankruptcy Case"). Attached is a copy of the voluntary petition filed in the Bankruptcy Case (Exhibit 1 hereto).

     As Your Honor knows, upon the filing of a bankruptcy petition, all actions against the Debtor, including this lawsuit, are automatically stayed. As it appears that this Court issued an order issued after the automatic stay was triggered, we respectfully request a phone conference as soon as possible to discuss this development.

Respectfully Submitted,

*/s/ J. B. Spievack/*

Jay B. Spievack

CC. All Counsel of Record (via ECF)