UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                       :
MT. HAWLEY INSURANCE COMPANY,  :
                                                       :
                                       Plaintiff,  :                1:22-cv-3191-GHW
                                                       :
                        -against-                       :                  ORDER
                                                       :
SPRING MOUNTAIN VINEYARD, INC,    :
                                                      :
                                       Defendant.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        Defendant Spring Mountain Vineyard, Inc. ("SMV") filed a letter on September 30, 2022 informing the Court that SMV had filed for bankruptcy at 1:40 a.m. EST on September 30, 2022. Dkt. No. 61. Accordingly, this action is stayed. *See* 11 U.S.C. § 362(a).

        SMV stated in its letter that it "appear[ed] that this Court issued an order . . . after the automatic stay was triggered" by the filing of SMV's bankruptcy petition, and requested a phone conference to discuss this development. Dkt. No. 61. However, the order to which SMV refers, Dkt. No. 60, was executed by the Court on September 29, 2022 EST. While the Court was unaware of the bankruptcy filing until the submission of SMV's September 30, 2022 letter, the order was issued prior to the filing of SMV's bankruptcy petition. The Court's September 29, 2022 order can only "appear" to have been issued after the September 30, 2022 bankruptcy filing to one who disregards its date. For this reason and in light of the stay of this action, the Court sees no reason to hold a conference to discuss this matter. Thus, the Court denies SMV's application requesting a conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51 and to note on the docket that this case is stayed.

SO ORDERED.

Dated: September 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge