# C | T | S | W
## COHEN TAUBER SPIEVACK & WAGNER P.C.

Jay Spievack

Direct: 212-381-8735
Email: jspievack@ctswlaw.com

October 3, 2022

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re:   *Mt. Hawley Ins. Co. v. Spring Mountain Vineyard, Inc.* (1:22-cv-03191-GHW)

Dear Judge Woods:

    I respectfully apologize to Your Honor and the Court for my failure to recognize that the Order reflected by ECF Dkt 62 had been issued prior to the filing of the SMV bankruptcy petition. I realize that this action is now stayed, but I would be remiss if I did not let Your Honor know that I am sorry.

Sincerely Yours,

*Jay Spievack*

Jay B. Spievack

CC: All Counsel of Record (VIA ECF)