UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MT. HAWLEY INSURANCE
COMPANY,

                    Plaintiffs,                    22 Civ. No. 3191 (GHW) (GS)

      -against-

                                                  **VIDEO STATUS
CONFERENCE ORDER**

SPRING MOUNTAIN VINEYARD,
INC.,

                    Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, June 11, 2024 at 3:00 p.m.**  The parties are directed to submit a joint status letter no later than **Friday, June 7, 2024** advising the court as to the status of this matter.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  Meeting ID: [218 608 826 222]  Passcode: [yzuirP]

       **SO ORDERED.**

DATED:    New York, New York
                May 31, 2024

                                                        _____
                                                        The Honorable Gary Stein
                                                         United States Magistrate Judge