**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MT. HAWLEY INSURANCE
COMPANY,

                       Plaintiff,

          -against-

SPRING MOUNTAIN VINEYARD,
INC,

                    Defendant.
----------------------------------------------------------------X

**22 Civ. No. 03191 (GHW) (GS)**

**VIDEO STATUS**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, May 22, 2025 at 2:00 p.m.**  The parties are directed to submit a joint status letter no later than close of business on Tuesday, May 20, 2025**,** apprising the Court as to the status of *Spring Mountain Vineyards, Inc. v. Landmark American Ins. Co., et. al*, Case No. 22CV000270 (Napa County, California). The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [247 462 483 191]  Passcode: [6gP7sm63]**

      **SO ORDERED.**

DATED:    New York, New York
             May 16, 2025

                                      _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge