# C | T | S | W

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

Jay Spievack

direct:  212-381-8735
e-mail:  jspievack@ctswlaw.com

**MEMO ENDORSED**    August 13, 2025

**VIA ECF**

The Honorable Gary Stein
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

      RE:  *Mt. Hawley Insurance Company v. Spring Mountain Vineyard, Inc.*
               1:22-cv-03191-GHW; Joint Statement for August 25 Hearing (Dkt. #74)

Dear Judge Stein:

      This firm represents the interests of the defendant, Spring Mountain Vineyard, Inc.  I write to request an adjournment of the status conference scheduled for August 25, 2025, until a date convenient for the Court after September 15, 2025.  I respectfully request this adjournment for personal reasons.  I canceled a family vacation that had been scheduled for July 10 to July 29, 2025, and was able to reschedule it only for August 24 to September 5, 2025.  Mt. Hawley Insurance Company's counsel has graciously consented to this request.

      I appreciate Your Honor's consideration of this request.

The Status Conference scheduled for Monday, August 25, 2025 at 2:00 p.m. is hereby adjourned to Monday, September 15, 2025 at 2:00 p.m.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the Microsoft Teams information in the May 16, 2025 Order (see Dkt. No. 69).

Respectfully Submitted,

Jay B. Spievack

Date:  August 13, 2025
       New York, NY

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE